B9A(Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                                     Case Number **08–91662**

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/30/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Meagan Miller
2909 Natalie Dr.
Champaign, IL 61822

| Case Number:<br>08–91662 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx–xx–4449 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Larry Spears<br>201 W Olive St<br>Bloomington, IL 61701<br>Telephone number:  309–827–3030 | Bankruptcy Trustee (name and address):<br>Jeffrey D Richardson<br>132 S Water St, Suite 444<br>Decatur, IL 62523<br>Telephone number:  217–425–4082 |

### Meeting of Creditors

Date: **October 30, 2008**                                    Time: **11:30 AM**

Location: **Federal Building, Room 208, 201 N Vermilion St, Danville, IL 61832**

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/29/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>130 Federal Building<br>201 N. Vermilion St.<br>Danville, IL 61832 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Pamela C. Sherry |
|---|---|
| Date: 9/30/08 | |

# EXPLANATIONS

B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | You may inspect all filings, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed on the front side of this form. Go to ***www.ilcb.uscourts.gov*** for general court information, including this court's ***mandatory*** electronic filing policy. |
| Abandonment | The trustee may abandon property that is burdensome or of inconsequential value without further notice to creditors unless on or before 15 days after the date fixed for the §341 meeting, a written objection is filed with the court. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0753-2          User: nbed                Page 1 of 1           Date Rcvd: Sep 30, 2008
Case: 08-91662                Form ID: b9a              Total Served: 33

The following entities were served by first class mail on Oct 02, 2008.
 db          +Meagan Miller,    2909 Natalie Dr.,    Champaign, IL 61822-7361
 aty         +Larry Spears,    201 W Olive St,    Bloomington, IL 61701-5050
 tr          +Jeffrey D Richardson,    132 S Water St, Suite 444,    Decatur, IL 62523-1094
 ust         +U.S. Trustee,    Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,
               Peoria, IL 61602-1241
4923484      +Best Buy,    5996 W Touhy,    Niles, IL 60714-4610
4923486      +CBE Group,    131 Tower Park Suite 100,    PO Box 2635,    Waterloo, IA 50704-2635
4923485      +Capital One,    507 Prudential,    Horsham, PA 19044-2308
4923487      +Collection Morgan & Assoc.,    2601 NW Express Way,    Oklahoma City, OK 73112-7272
4923489      +ComEd,    Bill Payment Center,    600 W Jackson BLVD 4th Floor,    Chicago, IL 60661-5675
4923488      +Comcast,    13355 Noel Rd,    Dallas , TX 75240-6602
4923490      +Creditor Protection,    4200 International Rd,    Carrollton, TX 75007-1912
4923491      +Express Claims & Recovery,    720 E. 66th St.,    Savannah, GA 31405-4506
4923493       Gap/MCCBG,    PO Box 991400,    El Paso, TX  79998
4923496      +HSBC Card Service,    375 Cerritos Ave,    Anaheim, CA 92805-6551
4923497      +HSBC Bank,    PO BOX 1880,    Voorhees, NJ 08043-7880
4923494      +Harris & Harris LTD,    600 W. Jackson Blvd,    Suite 700,    Chicago, IL 60661-5629
4923498      +Linda & JIm Miller,    2909 Natalie Dr.,    Champaign, IL 61822-7361
4923499      +Macy's,    PO Box 150463,    Hartford, CT 06115-0463
4923500       NCO Financial,    P.O. Box 41457,    Philadelphia, PA  19101
4923501      +Nissan,    PO BOX 9001132,    Louisville, KY 40290-1132
4923502      +Northland Group Inc.,    PO BOX 390846,    Edina, MN 55439-0846
4923503       Oxford Management,    CS 9018,    Melville, NY  11747
4923504      +Peoples First Recoveries,    2080 Elm Se,    Minneapolis, MN 55414-2531
4923505      +Pier I Imports,    9111 Duke Blvd,    Mason , OH 45040-8999
4923506      +Professional Recovery Services,    Po Box 10907,    Terre Haute, IN 47801-0907
4923507       Target National Bank,    3901 W Fifty Third Street,    Sioux Falls, SD  57106
4923509      +WFNB,    PO BOX 991801,    Mobile, AL 36691-8801
4923510       Zales,    131 Tower,    Waterloo, IL 50704
The following entities were served by electronic transmission on Sep 30, 2008.
4923482      +EDI: ARROW.COM Sep 30 2008 20:23:00      Arrow Financial Services,    21031 Network Place,
               Chicago, IL 60678-0001
4923492      +EDI: FORD.COM Sep 30 2008 20:23:00      Ford Credit,    C/o Correspondence,    PO BOX 17948,
               Greenville, SC 29606-8948
4923495      +EDI: HFC.COM Sep 30 2008 20:23:00      HSBC Card Service,    1441 Schilling Place,
               Salinas, CA 93901-4543
4923508      +EDI: WTRWFNNB.COM Sep 30 2008 20:23:00      Victoria's Secret,    PO Box 182128,
               Columbus, OH 43218-2128
4923483      +EDI: ACCE.COM Sep 30 2008 20:23:00      asset acceptance,    Po box 2036,    Warren , MI 48090-2036
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2008**                                 **Signature:** _Joseph Speetjens_