Form finmgtc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:*  Meagan Miller
*Debtor*

*Case No.:* 08–91662                                                                 *Chapter:* 7

---

### NOTICE RE: FINANCIAL MANAGEMENT/DEBTOR EDUCATION CERTIFICATION DEFICIENCY

*Notice is hereby provided:*

Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, every individual debtor (both debtors in a joint case) filing under Chapters 7 and 13 must complete an approved financial management course and file certifications of completion with the court in order to receive a discharge. A list of approved courses may be found on the court webpage at *www.ilcb.uscourts.gov*.

The required certification consists of *Official Form 23 Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management,* **which must include** an attached certificate of completion from the personal financial management provider (for each debtor in a joint case).

- ☑ The deadline for objection to the debtor(s) discharge has expired (Chapter 7 cases) or the trustee has filed a Notice of Completion of Chapter 13 Plan (for Chapter 13 cases).

    You must file the required certification regarding completion of the financial management course or a Motion for Extension of Time to Complete Financial Management Course on or before **1/13/09. The court will not grant a discharge if the debtor(s) fail to file the required financial management course certification.**

- ☐ The Certification of Completion of Financial Management Course filed on was deficient for one or more of the following reasons:

    Official Form 23–Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management must include an attached certificate of completion from the provider of the financial management course.

    A certificate of completion from the provider of the financial management course must be filed for each joint debtor.

You must file the required certification regarding completion of the financial management course or a Motion for Extension of Time to Complete Financial Management Course on or before 1/13/09. **The court will not grant a discharge if the debtor(s) fail to file the required financial management course certification.**

Please be informed that this case will be closed without a discharge if the required certification is not filed by the date indicated. The debtor(s) can subsequently move to reopen the case to request a discharge. *However, there is a fee to reopen a bankruptcy case.*

*Dated:* 12/30/08

                                                                        Pamela C. Sherry
                                                                        Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

# CERTIFICATE OF NOTICE

```
District/off: 0753-2        User: mkil           Page 1 of 1          Date Rcvd: Dec 30, 2008
Case: 08-91662              Form ID: finmgtc     Total Served: 1
```

The following entities were served by first class mail on Jan 01, 2009.
db          +Meagan Miller,   2909 Natalie Dr.,   Champaign, IL 61822-7361

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2009**              **Signature:** _Joseph Speetjens_