B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Central District of Illinois

Case No. **08–91662**

**Chapter 7**

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Meagan Miller
   2909 Natalie Dr.
   Champaign, IL 61822

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4449

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: 1/12/09

Gerald D. Fines
United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0753-2            User: admin                   Page 1 of 1                    Date Rcvd: Jan 12, 2009
Case: 08-91662                  Form ID: b18                  Total Served: 31

The following entities were served by first class mail on Jan 14, 2009.
db            +Meagan Miller,    2909 Natalie Dr.,    Champaign, IL 61822-7361
4923484       +Best Buy,    5996 W Touhy,    Niles, IL 60714-4610
4923486       +CBE Group,    131 Tower Park Suite 100,    PO Box 2635,    Waterloo, IA 50704-2635
4923485       +Capital One,    507 Prudental,    Horsham, PA 19044-2308
4923487       +Collection Morgan & Assoc.,    2601 NW Express Way,    Oklahoma City, OK 73112-7272
4923489       +ComEd,    Bill Payment Center,    600 W Jackson BLVD 4th Floor,    Chicago, IL 60661-5675
4923488       +Comcast,    13355 Noel Rd,    Dallas , TX 75240-6602
4923490       +Creditor Protection,    4200 International Rd,    Carrollton, TX 75007-1912
4923491       +Express Claims & Recovery,    720 E. 66th St.,    Savannah, GA 31405-4506
4923493        Gap/MCCBG,    PO Box 991400,    El Paso, TX  79998
4923496       +HSBC Card Service,    375 Cerritos Ave,    Anaheim, CA 92805-6551
4923497       +HSBC Bank,    PO BOX 1880,    Voorhees, NJ 08043-7880
4923494       +Harris & Harris LTD,    600 W. Jackson Blvd,    Suite 700,    Chicago, IL 60661-5629
4923498       +Linda & JIm Miller,    2909 Natalie Dr.,    Champaign, IL 61822-7361
4923499       +Macy's,    PO Box 150463,    Hartford, CT 06115-0463
4923500        NCO Financial,    P.O. Box 41457,    Philadelphia, PA  19101
4923501       +Nissan,    PO BOX 9001132,    Louisville, KY 40290-1132
4923502       +Northland Group Inc.,    PO BOX 390846,    Edina, MN 55439-0846
4923503        Oxford Management,    CS 9018,    Melville, NY  11747
4923504       +Peoples First Recoveries,    2080 Elm Se,    Minneapolis, MN 55414-2531
4923505       +Pier I Imports,    9111 Duke Blvd,    Mason  , OH 45040-8999
4923506       +Professional Recovery Services,    Po Box 10907,    Terre Haute, IN 47801-0907
4923507        Target National Bank,    3901 W Fifty Third Street,    Sioux Falls, SD  57106
4923509       +WFNB,    PO BOX 991801,    Mobile, AL 36691-8801
4923510        Zales,    131 Tower,    Waterloo, IL  50704
The following entities were served by electronic transmission on Jan 12, 2009.
cr             EDI: RECOVERYCORP.COM Jan 12 2009 18:28:00     Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,    Miami, FL  33131-1605
4923482       +EDI: ARROW.COM Jan 12 2009 18:23:00     Arrow Financial Services,    21031 Network Place,
               Chicago, IL 60678-0001
4923492       +EDI: FORD.COM Jan 12 2009 18:28:00     Ford Credit,    C/o Correspondence,    PO BOX 17948,
               Greenville, SC 29606-8948
4923495       +EDI: HFC.COM Jan 12 2009 18:23:00     HSBC Card Service,    1441 Schilling Place,
               Salinas, CA 93901-4543
4923508       +EDI: WFNNB.COM Jan 12 2009 18:23:00     Victoria's Secret,    PO Box 182128,
               Columbus, OH 43218-2128
4923483       +EDI: ACCE.COM Jan 12 2009 18:23:00     asset acceptance,    Po box 2036,    Warren , MI 48090-2036
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2009             Signature:   *Joseph Speetjens*